IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KASON TRENT FISHER                                                                        PLAINTIFF

v.                                         Case No. 4:23-cv-04100

CAPTAIN TRACEY SMITH;
JAIL ADMINISTRATOR GINA BUTLER;
and SHERIFF BOBBY WALRAVEN                                                          DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 21. Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 19) be granted and that this case be dismissed for failure to comply with the Court's orders and to prosecute this case.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 21) *in toto*. Defendants' Motion to Dismiss (ECF No. 19) is hereby **GRANTED**. Further, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge